PROB 12C
(6/16)

Report Date: May 14, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2018

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Ronan L. Whiteplume | Case Number: 0980 1:18CR02015-SAB-1 |
| Address of Offender: Last Known: | Yakima, Washington 98902 |

Name of Sentencing Judicial Officer:  The Honorable Scott W. Skavdahl, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: February 20, 2014

| | |
|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 113(a)(6) and 1153 |
| Original Sentence: | Prison - 51 months        Type of Supervision: Supervised Release
TSR - 36 months |
| Asst. U.S. Attorney: | AUSA                Date Supervision Commenced: June 21, 2017 |
| Defense Attorney: | Federal Defenders Office        Date Supervision Expires: June 20, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1        **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Whiteplume failed to report a change in residence as of May 7, 2018.

On July 21, 2017, supervised release conditions were reviewed and signed by Mr. Whiteplume acknowledging his understanding of standard condition number 6, which requires him to report a change of residence.

On May 7, 2018, a home visit was conducted at Mr. Whiteplume's reported address. The undersigned officer met with a housemate who reported that Mr. Whiteplume moved out over a week ago. The housemate further advised Mr. Whiteplume did not leave a forwarding address. Mr. Whiteplume reported to the probation office on May 9, 2018. He reported having moved out of the clean and sober residence on April 25, 2018, and is now staying with his sister on King Street in Yakima, Washington. However, Mr. Whiteplume did not know the number to the residence. Mr. Whiteplume was instructed to report back to the

Prob12C
Re: Whiteplume, Ronan L.
May 14, 2018
Page 2

              probation office on May 11, 2018, with his new address.  Mr. Whiteplume failed to report as directed.

2      **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

        **Supporting Evidence**: Mr. Whiteplume tested positive for methamphetamine on May 9, 2018.

        On July 21, 2017, supervised release conditions were reviewed and signed by Mr. Whiteplume acknowledging his understanding of standard condition number 7, which requires him to abstain from the use of a controlled substance.

        On May 9, 2018, Mr. Whiteplume was directed to submit to a drug screen.  The drug test results returned presumptive positive for methamphetamine.  Mr. Whiteplume then admitted to having used methamphetamine on May 7, 2018.

3      **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

        **Supporting Evidence**: Mr. Whiteplume failed to report to the probation office as directed on May 11, 2018.

        On July 21, 2017, supervised release conditions were reviewed and signed by Mr. Whiteplume acknowledging his understanding of standard condition number 3, which requires him to follow the instructions of the probation officer.

        On May 9, 2018, Mr. Whiteplume was instructed to report to the probation office on May 11, 2018.  Mr. Whiteplume failed to report as directed.

4      **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

        **Supporting Evidence**: Mr. Whiteplume failed to report a change in residence as of May 14, 2018.

        On July 21, 2017, supervised release conditions were reviewed and signed by Mr. Whiteplume acknowledging his understanding of standard condition number 6, which requires him to report a change of residence.

        On May 14, 2018, a home visit was conducted at Mr. Whiteplume's reported address, 1707 West King Street, Yakima, Washington.  United States probation officers met with Mr. Whitplume's sister, Alex Whiteplume, who stated that Mr. Whiteplume had not resided there for 2 weeks and did not know of his whereabouts.

Prob12C
Re: Whiteplume, Ronan L.
May 14, 2018
Page 3

**Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

**Supporting Evidence**: Mr. Whiteplume admitted to having consumed a controlled substance, methamphetamine, on or about May 12, 2018.

On July 21, 2017, supervised release conditions were reviewed and signed by Mr. Whiteplume acknowledging his understanding of standard condition number 7, which requires him to abstain from the use of a controlled substance.

On May 14, 2018, Mr. Whiteplue reported in person to the probation office. He was asked when he last consumed any drugs. Mr. Whiteplum stated that he consumed methamphetamine on or about May 12, 2018.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring Ronan L. Whiteplume to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 14, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

May 15, 2018
Date