PROB 12C
(6/16)

Report Date: June 29, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronan L. Whiteplume          Case Number: 0980 1:18CR02015-SAB-1

Address of Offender: Last reported:                         Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Scott W. Skavdahl, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: February 20, 2014

Original Offense:       Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153

Original Sentence:      Prison - 51 months          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    AUSA                        Date Supervision Commenced: June 21, 2017

Defense Attorney:       Jennifer Barnes             Date Supervision Expires: June 20, 2020

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 14, 2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Whiteplume failed to report to Pioneer Center East in Spokane, Washington, as directed by his probation officer on June 28, 2018.<br><br>On July 21, 2017, supervised release conditions were reviewed and signed by Mr. Whiteplume acknowledging his understanding of standard condition number 3, which requires him to follow the instructions of the probation officer.<br><br>On June 28, 2018, Mr. Whiteplume was released from the Yakima County Jail so he could attend a 30-day inpatient drug and alcohol treatment program. A Greyhound Bus ticket was purchased for the defendant to travel to Spokane for treatment. On June 29, 2018, staff from Pioneer Center East reported Mr. Whiteplume did not arrive in Spokane. Mr. Whiteplume was last seen at the Greyhound Bus stop in Yakima, Washington. Mr. Whiteplume reported being homeless and does not have a contact telephone number. Mr. Whiteplume's current whereabouts is unknown. |

Prob12C
**Re: Whiteplume, Ronan L.**
**June 29, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 29, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

06/29/2018

Date