PROB 12C
(6/16)

Report Date: September 17, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronan L. Whiteplume             Case Number: 0980 1:18CR02015-SAB-1

Address of Offender: Absconder

Name of Sentencing Judicial Officer:  The Honorable Scott W. Skavdahl, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: February 20, 2014

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 113(a)(6) and 1153 | |
| Original Sentence: | Prison - 51 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>August 29, 2018 | Prison - 110 days<br>TSR -31 months | |
| Asst. U.S. Attorney: | Meghan McCalla | Date Supervision Commenced: August 13, 2018 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: March 12, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1    **Standard Condition #5**: You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the potation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Whiteplume is alleged to have failed to report a change in residence as of September 14, 2018.

On August 29, 2018, Mr. Whiteplume's supervised release was revoked and he was sentenced to 110 days custody with 31 months of supervision to follow.  Mr. Whiteplume was ordered release directly to the Residential Reentry Center (RRC) upon serving his sentence.

Prob12C
**Re: Whiteplume, Ronan L.**
**September 17, 2018**
**Page 2**

On September 13, 2018, Mr. Whiteplume arrived at the RRC in Spokane, Washington, at approximately 5:30 p.m.. According to RRC staff, on September 14, 2018, at 1:30 a.m., Mr. Whiteplume requested to go to the emergency room at a local hospital. The offender was granted permission but was to return to the facility immediately upon his discharge from the hospital. RRC staff then received information that Mr. Whiteplume was discharged from the local hospital emergency room at approximately 4 a.m. that morning. Mr. Whiteplume failed to return to the RRC and failed to contact the probation office to report a change in residence. His current whereabouts are unknown at this time.

2    **Special Condition #8**: You must reside in a residential reentry center (RRC) for a period up to 90 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Mr. Whiteplume is alleged to have aborted the residential reentry center on September 14, 2018.

On August 29, 2018, Mr. Whiteplume's supervised release was revoked and he was sentenced to 110 days custody with 31 months of supervision to follow. Mr. Whiteplume was ordered release directly to the RRC upon serving his sentence.

On September 13, 2018, Mr. Whiteplume arrived at the RRC in Spokane, Washington, at approximately 5:30 p.m. According to RRC staff, on September 14, 2018, at 1:30 a.m., Mr. Whiteplume requested to go to the emergency room at a local hospital. The offender was granted permission but was to return to the facility immediately upon his discharge from the hospital. RRC staff then received information that Mr. Whiteplume was discharged from the local hospital emergency room at approximately 4 a.m. that morning. Mr. Whiteplume failed to return to the RRC afer being discharged from the hospital and was subsequently terminated from the RRC program. As of the writing of this report, Mr. Whiteplume has failed to return to the RRC or contact the probation office. His current whereabouts are unknown at this time.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 17, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

Prob12C
**Re: Whiteplume, Ronan L.**
**September 17, 2018**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

September 17, 2018
_____
Date