# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: June 3, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Ronan L. Whiteplume | Case Number: 0980 1:18CR02015-SAB-1 |
| Address of Offender: | Yakima, Washington 98902 |

Name of Sentencing Judicial Officer: The Honorable Scott W. Skavdahl, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: February 20, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 | | |
| Original Sentence: | Prison - 51 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>August 29, 2018 | Prison - 110 days<br>TSR -31 months | | |
| Asst. U.S. Attorney: | Meghan McCalla | Date Supervision Commenced: | |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: | |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on September 17, 2018.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Whiteplume is alleged to being charged with unlawful use of drug paraphernalia and false statement to a public servant, Spokane County Superior Court cause number 19-1-01174-3.<br><br>On August 29, 2018, Mr. Whiteplume's supervised release was revoked and he was sentenced to 110 days custody with 31 months of supervision to follow. Upon release from confinement, Mr. Whiteplume was ordered he comply with previously imposed supervised release conditions.<br><br>According to the Spokane Police Department narrative report, on March 30, 2019, the officer was patrolling the area of 500 block of South Hemlock Street, Spokane, Washington. |

According to the report, this area is known to be a high crime area, with an emphasis on burglaries, prowls, and vehicle thefts. The officer reported he observed three individuals seated on a stairway between Sunset Highway and 500 block of Hemlock Street. The officer reported he observed a male, later identified verbally as Ronan Whiteplume, using a lighter to smoke from a glass pipe. When the defendant noticed the officer, he attempted to conceal his pipe within the jacket he was holding. Mr. Whiteplume initially provided the name of Thomas L. Moon, with a date of birth of          1984. He also provided a full social security number of      3686, and stated he was from Montana. According to dispatch, they advised they could not locate Thomas Moon through Montana.

Mr. Whiteplume was made aware he was being detained and placed in handcuffs to safely be pat searched for weapons. After the search, the defendant was informed he was under arrest for possession of paraphernalia. The officer read the defendant his constitutional rights, which he acknowledged he understood and would answer questions. The defendant stated he was smoking bath salts, but it tasted a little like meth. He reported having found the substance on the ground.

Mr. Whiteplume later admitted his true name, which was not the information he provided earlier. Dispatch confirmed the defendant had a U.S. Marshal warrant and a felony warrant out of Lewis County.

The search of the defendant's person revealed the following items: two plastic baggies containing a white crystalline residue; one 9mm bullet; and roughly seven green colored pills he stated these were antibiotics.

Mr. Whiteplume was subsequently transported to the Spokane County Jail and booked on his warrants, possession of a controlled substance - methamphetamine, possession of paraphernalia, and making false statements.

According to the Spokane County Superior Court docket, on May 9, 2019, Mr. Whiteplume plead guilty to unlawful use of drug paraphernalia and false statement to a public servant. He was sentenced to 364 days jail, 325 days suspended, 39 days credit for time served, and 12 months unsupervised probation on cause number 19-1-01174-3.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 3, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*/s/ Stanley A. Bastian*
Signature of Judicial Officer

06/03/2019
Date