PROB 12C
(6/16)

Report Date: July 10, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronan L. Whiteplume          Case Number: 0980 1:18CR02015-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Scott W. Skavdahl, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: February 20, 2014

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 | |
| Original Sentence: | Prison - 51 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>August 29, 2018 | Prison - 110 days<br>TSR -31 months | |
| Revocation Sentence:<br>June 12, 2019 | Prison - 10 months<br>TSR - 22 months | |
| Asst. U.S. Attorney: | Meghan McCalla | Date Supervision Commenced: March 5, 2020 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: January 4, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the potation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: Mr. Whiteplume is alleged to have failed to report a change in residence within 72 hours of relocating on or about June 30, 2020.<br><br>On March 19, 2020, supervised release conditions were reviewed in person with Mr. Whiteplume.  Mr. Whiteplume did not sign his conditions due to COVID-19; however, he |

Prob12C
Re: Whiteplume, Ronan L.
July 10, 2020
Page 2

was provided with a copy of his conditions and verbally expressed an understanding of standard condition number 5, which requires him to notify probation of any change in his living arrangements.

In March 2020, Mr. Whiteplume moved into his mother's apartment at the Savoy Apartments in Yakima, Washington. On June 30, 2020, Mr. Whiteplume was trespassed from the Savoy Apartments after he caused all the smoke alarms in the apartment complex to activate, due to him using the self-cleaning feature on the oven in his mother's apartment.

Mr. Whiteplume failed to notify U.S. Probation within 72 hours that he was trespassed from the Savoy Apartments, resulting in him becoming homeless. On July 6, 2020, this officer spoke with Mr. Whiteplume on the phone. During the conversation Mr. Whiteplume stated he was trespassed form the Savoy Apartments and is currently homeless.

2   **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Whiteplume is alleged to have failed to report and follow the instructions of this officer by not calling this officer as directed on July 7 and 8, 2020.

On March 19, 2020, supervised release conditions were reviewed in person with Mr. Whiteplume. Mr. Whiteplume did not sign his conditions due to COVID-19; however, he was provided with a copy of his conditions and verbally expressed an understanding of standard condition number 13 and 2, which require him to follow the instructions of probation and to report to probation as instructed.

On July 6, 2020, this officer spoke with Mr. Whiteplume on the phone. Mr. Whiteplume stated he was currently homeless and he did not have a place to live. Due to Mr. Whiteplume being homeless, this officer directed Mr. Whiteplume to call this officer daily to provide a status update. Mr. Whiteplume understood the requirement to call daily. He made a commitment to call this officer every day until directed otherwise. Mr. Whiteplume failed to call this officer on July 7, and 8, 2020, and his current whereabouts are unknown. This officer attempted to contact Mr. Whiteplume via telephone but calls have gone unanswered.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 10, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
Re: Whiteplume, Ronan L.
July 10, 2020
Page 3

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

7/13/2020

Date