PROB 12C
(6/16)

Report Date: October 15, 2020

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 16, 2020**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronan L. Whiteplume    Case Number: 0980 1:18CR02015-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Scott W. Skavdahl, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 20, 2014

Original Offense:    Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153

Original Sentence:    Prison - 51 months    Type of Supervision: Supervised Release
                      TSR - 36 months

Revocation Sentence:    Prison - 110 days
August 29, 2018         TSR -31 months

Revocation Sentence:    Prison - 10 months
June 12, 2019           TSR - 22 months

Revocation Sentence:    Prison - 30 days
September 30, 2020      TSR - 18 months

Asst. U.S. Attorney:    Richard Burson    Date Supervision Commenced: October 11, 2020

Defense Attorney:    Jennifer Barnes    Date Supervision Expires: April 10, 2022

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1:** You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |

**Supporting Evidence**: Mr. Whiteplume is alleged to have failed to report to probation within 72 hours of his release from the Yakima County Jail on October 11, 2020.

On October 9, 2020, supervised release conditions were reviewed and signed by Mr.

Prob12C
**Re: Whiteplume, Ronan L.**
**October 15, 2020**
**Page 2**

Whiteplume, acknowledging his understanding of standard condition number 1, as noted above.

On October 9, 2020, this officer spoke with Mr. Whiteplume at the Yakima County Jail. Mr. Whiteplume's conditions of supervised release were reviewed and signed. Mr. Whiteplume was provided with a copy of his revocation judgment and did not have any questions about his conditions of supervised release. At the conclusion of the contact, Mr. Whiteplume was directed to contact this officer by telephone within 72 hours of his release from custody. Mr. Whiteplume acknowledged his reporting instructions and made a commitment to report by telephone as directed.

On October 11, 2020, Mr. Whiteplume was released to the streets from the Yakima County Jail at 8 a.m. He has failed to contact this officer or the probation office within 72 hours of his release and his current whereabouts is unknown. This officer attempted to contact Mr. Whiteplume via telephone, but calls have gone unanswered and not returned.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 15, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

10/16/2020
Date