PROB 12C
(6/16)

Report Date: February 5, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronan L. Whiteplume  Case Number: 0980 1:18CR02015-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Scott W. Skavdahl, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 20, 2014

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 | |
| Original Sentence: | Prison - 51 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>August 29, 2018 | Prison - 110 days<br>TSR -31 months | |
| Revocation Sentence:<br>June 12, 2019 | Prison - 10 months<br>TSR - 22 months | |
| Revocation Sentence:<br>September 30, 2020 | Prison - 30 days<br>TSR - 18 months | |
| Revocation Sentence:<br>November 9, 2020 | Prison - 20 days<br>TSR- 18 months | |
| Asst. U.S. Attorney: | Richard Cassidy Burson | Date Supervision Commenced: November 9, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 8, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number   Nature of Noncompliance

    1    **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

        **Supporting Evidence**: Mr. Whiteplume is alleged to have failed to follow the instructions of this officer by not calling this officer on February 3, 2021.

Prob12C
**Re: Whiteplume, Ronan L.**
**February 5, 2021**
**Page 2**

On December 3, 2020, supervised release conditions were reviewed and signed by Mr. Whiteplume. By signing his judgement he acknowledged an understanding of standard condition number 13, which requires him to follow the instructions of probation.

On February 3, 2021, this officer called Mr. Whiteplume on his cellular telephone phone. Mr. Whiteplume did not answer and this officer left a voice message directing Mr. Whiteplume to call this officer. He was also directed to report to Merit Resource Services (Merit) for a urinalysis test. Mr. Whiteplume failed to call this officer back on February 3, 2021, and failed to report to Merit as directed.

This officer attempted to contact Mr. Whiteplume via telephone on February 4 and 5, 2021, but calls and text messages have gone unanswered. As of the writing of this report, Mr. Whiteplume's whereabouts is unknown.

2    **Special Condition #5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat path testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Whiteplume is alleged to have consumed controlled substances, methamphetamine and cocaine, on or about January 13, 2021.

On December 3, 2020, supervised release conditions were reviewed and signed by Mr. Whiteplume. By signing his judgement, he acknowledged an understanding of special condition number 5, which requires him to abstain from the use of illegal controlled substances.

On January 13, 2021, Mr. Whiteplume provided a presumptive positive urinalysis (UA) test at Merit. After providing the presumptive positive UA, Mr. Whiteplume signed a drug use admission form admitting that he consumed methamphetamine and cocaine prior to providing a UA on January 13, 2021.

3    **Special Condition #5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Whiteplume is alleged to have failed to report for UA testing on January 5 and 26, 2021, and February 3, 2021.

On December 3, 2020, supervised release conditions were reviewed and signed by Mr. Whiteplume. By signing his judgement, he acknowledged an understanding of special condition number 5, which requires him to abstain from the use of illegal controlled substances and to submit to UA testing to confirm continued abstinence from controlled substances.

Mr. Whiteplume has been reminded serval times he must call the color line and report to Merit when the color brown is called. This officer received non-compliance reports from

Prob12C
**Re: Whiteplume, Ronan L.**
**February 5, 2021**
**Page 3**

Merit on January 6, 27, and February 4, 2021, stating Mr. Whiteplume failed to report for his color line UA. Also, on days when the color brown was called, this officer would call and text the offender to remind him to report for his UA.

4    **Special Condition #4:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Whiteplume is alleged to have failed to complete a substance abuse evaluation by January 21, 2021, as directed.

On December 3, 2020, supervised release conditions were reviewed and signed by Mr. Whiteplume. By signing his judgement, he acknowledged an understanding of special condition number 4, which requires him to complete a substance abuse assessment.

Mr. Whiteplume has been reminded several times that he needs to complete a substance abuse assessment. He was given some time to get the assessment done as he was working on securing a permeant residence. On January 13, 2021, Mr. Whiteplume was directed to speak with Merit staff about the assessment process. On January 15, 2021, this officer directed Mr. Whiteplume to complete the assessment by January 21, 2021. Mr. Whiteplume was informed the walk-in assessments are completed on Tuesday, Wednesday, and Thursday and he must be at Merit by noon.

On January 21, 2021, Mr. Whiteplume called this officer and stated he has not been able to talk to anyone at Merit about the assessment process. He was once again reminded that the assessments are completed by walk-in on Tuesday, Wednesday, and Thursday, and Merit does not schedule assessment times. As of the time his report was written, Mr. Whiteplume has failed to complete a substance abuse assessment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 5, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Whiteplume, Ronan L.**
**February 5, 2021**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_Signature of Judicial Officer_

2/5/2021
Date